IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:07-CV-00431-RJC-DCK

THOMAS GIBLIN III, THOMAS GIBLIN IV, and REBECCA GIBLIN, Individually and as Personal Representative of the ESTATE OF RACHEL REYNOLDS GIBLIN,

Plaintiffs,

v.

NATIONAL MULTIPLE SCLEROSIS SOCIETY, INC., a New York Corporation,

Defendant.

**ORDER**

This matter came before the Court on the Motion For Admission Pro Hac Vice for Thomas K. Equels, of the Equels Law Firm, attorney for Thomas and Rebecca Giblin / Estate of Rachel Giblin, for admission *pro hac vice* filed with this Court in the above matter.

The Court finds that movant is a member in good standing of the State Bar of Florida.

IT IS THEREFORE ORDERED that the motion for admission **pro hac vice** is **GRANTED**.

Signed: November 9, 2007

David C. Keesler
United States Magistrate Judge