IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:07-CV-00431-RJC-DCK

THOMAS GIBLIN III, THOMAS GIBLIN IV, and REBECCA GIBLIN, Individually and as Personal Representative of the ESTATE OF RACHEL REYNOLDS GIBLIN,

Plaintiffs,

v.

**ORDER**

NATIONAL MULTIPLE SCLEROSIS SOCIETY, INC., a New York Corporation,

Defendant.

This matter came before the Court on the Motion For Admission Pro Hac Vice for Judson H. Orrick, of the Equels Law Firm, attorney for Thomas and Rebecca Giblin / Estate of Rachel Giblin, for admission *pro hac vice* filed with this Court in the above matter.

The Court finds that movant is a member in good standing of the State Bar of Florida.

IT IS THEREFORE ORDERED that the motion for admission **pro hac vice** is **GRANTED**.

Signed: November 9, 2007

David C. Keesler
United States Magistrate Judge