IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-431-DCK

| | |
|---|---|
| THOMAS GIBLIN, III, THOMAS GIBLIN, IV, )<br>and REBECCA GIBLIN, Individually and as )<br>Personal Representative of the ESTATE OF )<br>RACHEL REYNOLDS GIBLIN, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>NATIONAL MULTIPLE SCLEROSIS )<br>SOCIETY, INC., )<br>)<br>      Defendant. )<br>                                                  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a choice of law issue pending before the Court that will be ripe on or before March 14, 2008.

**IT IS, THEREFORE, ORDERED** that counsel for parties shall appear before the undersigned on **March 25, 2008** for a Status Hearing prepared to summarize the status of this case and to argue the choice of law issue and any other motions pending at that time. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: February 29, 2008

David C. Keesler
United States Magistrate Judge