**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:07-CV-00431-DCK**

| | |
|---|---|
| THOMAS GIBLIN III, THOMAS GIBLIN IV, and REBECCA GIBLIN, Individually and as Personal Representative of the ESTATE OF RACHEL REYNOLDS GIBLIN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MULTIPLE SCLEROSIS SOCIETY, INC., a New York Corporation, <br><br> Defendant. | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents" (Document No. 18) filed February 20, 2008. Defendant seeks an Order extending the time within which to respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

**IT APPEARING** to the Court that the time allowed has not expired and that the Motion should be allowed;

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents" (Document No. 18) is **GRANTED**. Therefore, the time for the Defendant to

respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents will be extended to and including **April 14, 2008**.

Signed: March 11, 2008

David C. Keesler
United States Magistrate Judge