IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-CV-431-DCK

| | |
|---|---|
| THOMAS GIBLIN III, THOMAS GIBLIN IV, and REBECCA GIBLIN, Individually and as Personal Representative of the ESTATE OF RACHEL REYNOLDS GIBLIN,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL MULTIPLE SCLEROSIS SOCIETY, INC., a New York Corporation,<br><br>　　　　　　　　　　　　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion for Extension of Mediation Deadline" (Document No. 30) filed July 31, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate.

Having carefully considered the motion, the record, and the applicable authority, the undersigned will <u>grant</u> the motion for good cause shown. Additionally, the Court will *sua sponte* revise other case deadlines as listed below.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion for Extension of Mediation Deadline" (Document No. 30) is **GRANTED**; the mediation deadline in this matter will be extended to **November 3, 2008**.

**IT IS FURTHER ORDERED** that the case management order is revised as follows:

　　Discovery Completion　　　　　　October 15, 2008

| | |
|---|---|
| Mediation Deadline | November 3, 2008 |
| Motions Deadline | November 14, 2008 |
| Trial | February 17, 2009 |

**SO ORDERED**.

Signed: August 1, 2008

David C. Keesler
United States Magistrate Judge