IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-431-DCK

| | |
|---|---|
| THOMAS GIBLIN, III, THOMAS GIBLIN, IV, )<br>and REBECCA GIBLIN, Individually and as )<br>Personal Representative of the ESTATE OF )<br>RACHEL REYNOLDS GIBLIN, )<br> )<br>      **Plaintiffs,** )<br> )<br>      v. )<br> )<br>NATIONAL MULTIPLE SCLEROSIS )<br>SOCIETY, INC., )<br> )<br>      **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Compel Responses To Interrogatories And Requests For Production And Request For Case Management Conference" (Document No. 27), filed April 23, 2008; "Defendant's Response To Plaintiffs' Motion To Compel Responses To Interrogatories And Requests For Production, And Request For Case Management Conference" (Document No. 28), filed May 7, 2008; and "Defendant's Supplemental Response To Plaintiffs' Motion..." (Document No. 29), filed July 3, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for review.

The Court notes that Plaintiffs are in technical violation of the Local Rules which provide in pertinent part:

> A reply to the response to a motion, if any, shall be filed within seven (7) days of the date on which the response is served, as evidenced by the certificate of service attached to said response. The filing of a reply brief is not mandatory. In any event, a reply brief should be limited to a discussion of matters newly raised in the response. **If the party making the motion does not wish to file a reply brief, it must so inform the Court and opposing counsel promptly in an**

**electronically filed notice**.

Local Rule 7.1(E) (emphasis added).

The Court, to date, has not received notice that Plaintiffs do not wish to file a reply brief, although Court staff did receive notice that Plaintiffs no longer request a case management conference. In view of the Defendant's responses (Document Nos. 28-29), and their representations that "Defendant believes and asserts that its discovery obligations are now complete" – the undersigned finds that the Court would benefit from a reply brief *specifically* identifying the remaining discovery Plaintiffs seek to have compelled, or in the alternative, a motion to withdraw the motion to compel. It is the undersigned's hope that the parties have been able to resolve their discovery disputes without the necessity of the Court's intervention; however, if that is not the case, the undersigned will promptly issue a ruling on the motion to compel after the receipt of Plaintiffs' reply brief.

**IT IS, THEREFORE, ORDERED** that Plaintiffs shall file a reply brief in further support of their "...Motion To Compel Responses To Interrogatories And Requests For Production And Request For Case Management Conference" (Document No. 27), on or before **August 22, 2008**.

Signed: August 15, 2008

David C. Keesler
United States Magistrate Judge